*In re:*

Reglamento de la Junta
Examinadora de
Aspirantes al Ejer-
cicio de la Abogacía

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de junio de 1969

De conformidad con el Art. 8(b) del Reglamento de este Tribunal, según quedó enmendado por resolución de fecha 23 de junio de 1969, se adopta, a propuesta de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía, con vigencia al 1ro. de julio de 1969, y en sustitución del actual Reglamento de la Junta, que queda por la presente derogado, el siguiente:

*Reglamento para el Funcionamiento de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía*

*Regla 1.*

La Junta Examinadora de Aspirantes al Ejercicio de la Abogacía celebrará exámenes escritos dos veces al año. Los exámenes comenzarán el segundo martes de los meses de marzo y septiembre, y se extenderán durante los días siguientes que fueren necesarios, a menos que el Tribunal otra cosa dispusiere.

*Regla 2.*

Las solicitudes de los aspirantes deberán radicarse por lo menos 30 días antes de la fecha señalada para el comienzo del examen.

Corresponde al aspirante establecer con la prueba necesaria su elegibilidad para ser admitido a examen.

*Regla 3.*

(a) El examen comprenderá preguntas en que la materia predominante sea una de las siguientes:

(1) Derecho Civil
　　　Derecho de Familia
　　　Derecho de Sucesiones
　　　Propiedad y Otros Derechos Reales
　　　Obligaciones y Contratos
(2) Derecho Hipotecario y Ley Notarial
(3) Derecho Penal
(4) Derecho Procesal
　　　Derecho Procesal Civil, incluyendo la Organización y Funcionamiento de los Tribunales
　　　Derecho Procesal Criminal
　　　Evidencia
(5) Derecho Constitucional
(6) Daños y Perjuicios
(7) Derecho Administrativo

(b) El examen podrá incluir además preguntas en que predomine cualesquiera de las siguientes materias, de las cuales el aspirante deberá seleccionar y contestar tres preguntas:

　　　Filosofía e Historia del Derecho
　　　Derecho Laboral
　　　Derecho Mercantil e Instrumentos Negociables
　　　Derecho Tributario
　　　Derecho Corporativo
　　　Jurisdicción y Práctica Federal

*Regla 4.*

Las preguntas deberán formularse con miras a determinar la habilidad del aspirante para razonar, analizar adecuadamente el problema presentádole, y demostrar conocimiento de los principios fundamentales del Derecho y su aplicación.

*Regla 5.*

El Presidente distribuirá las materias entre los miembros de la Junta para la formulación y proposición de las preguntas.

La Junta aprobará las preguntas. Antes de aprobarse una pregunta, el proponente deberá explicar los puntos de derecho envueltos en la misma.

*Regla 6.*

La Junta se reunirá previa convocatoria del Presidente en las fechas en que se considere necesario para la preparación y discusión de las preguntas y para la consideración de cualquier otro asunto relacionado con los exámenes.

*Regla 7.*

Habrá dos sesiones diarias de exámenes. La sesión de la mañana comenzará a las 8:30 A.M. y terminará al mediodía; la sesión de la tarde comenzará a la 1:30 P.M. y terminará a las 5:00 P.M.

*Regla 8.*

Los examinandos serán identificados por un número que les será asignado al comienzo de cada día de examen. Las libretas para las contestaciones tendrán marcado este número al dorso de todas sus páginas.

*Regla 9.*

Las contestaciones a una misma pregunta serán calificadas por el mismo examinador.

Serán aprobados los aspirantes que obtuvieren una calificación mínima de 60 por ciento, así como aquellos que obtuvieren 60 por ciento o más en 9 de las 12 preguntas obligatorias.

La Junta hará una recalificación de las contestaciones de aquellos aspirantes que obtuvieren hasta un 50 por ciento de la puntuación. Las contestaciones a una misma pregunta

serán recalificadas por un examinador distinto al que calificó originalmente. Se le adjudicará al aspirante la puntuación mayor entre las dos calificaciones.

*Regla 10.*

La calificación sobre aprobación o suspensión será remitida por el Secretario de la Junta a cada aspirante a la dirección postal que éste indicare.

En la notificación remitida al aspirante se le informará la calificación obtenida en el examen.

Se le informará además a los aspirantes aquellas materias en que, conforme al resultado del examen, el aspirante necesita intensificar su preparación.

*Regla 11.*

Después de cada examen la Junta rendirá un informe al Tribunal sobre las calificaciones merecidas por los aspirantes.

La Junta remitirá al Tribunal copia de los análisis estadísticos sobre el resultado de los exámenes.

*Regla 12.*

La Junta se reunirá con los decanos de las escuelas de Derecho de Puerto Rico después de la celebración de cada examen para discutir los resultados y cualquier otro asunto de interés, incluyendo la evaluación de las preguntas.

La Junta remitirá a las escuelas de Derecho copia de los análisis de los resultados y formulará aquellas recomendaciones que a su juicio propendan al mejoramiento de la educación legal en Puerto Rico.

*Regla 13.*

Antes de la celebración de cada examen la Junta celebrará una reunión con los aspirantes para informarles y explicarles los métodos y procedimientos utilizados por la Junta y orientarles sobre la forma de contestar las preguntas.

*Regla 14.*

En lo no previsto precedentemente la Junta podrá adoptar los acuerdos necesarios para llevar a cabo su encomienda.

Lo acordó el Tribunal y firma el Señor Juez Presidente.

(Fdo.) Luis Negrón Fernández

*Juez Presidente*

Certifico:

(Fdo.) Joaquín Berríos

*Secretario*